## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| EUNICE MURPHY, ) | |
| ) | |
| Plaintiff ) | Civil Action -- 4:05CV1545 RWS |
| ) | |
| v. ) | |
| ) | |
| MIDLAND CREDIT MANAGEMENT INC., ) | |
| PROVIDIAN FINANCIAL CORPORATION, ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; ) | |
| EQUIFAX INFORMATION SERVICES, LLC; AND ) | |
| TRANS UNION LLC; ) | |
| ) | |
| Defendants. | |

**AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER**

Defendant Experian Information Solutions, Inc. ("Experian"), with the agreement of Plaintiff Eunice Murphy ("Plaintiff"), and defendants Midland Credit Management, Inc., Providian Financial Corporation, and Trans Union LLC (collectively with Experian, "Defendants") and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, move the Court to enter the Stipulated Protective Order, which is attached as Exhibit A.  In support of its Motion, Experian states as follows:

1. Documents and information have been and may be sought, produced, or exhibited by and among Defendants and Plaintiff relating to trade secrets, confidential research, development, technology or other confidential or proprietary information belong to Defendants and/or personal and confidential information of Plaintiff.

2. After consultation, Defendants and Plaintiff have agreed to the entry of the attached Stipulated Protective Order.  The parties also have agreed on the form and content of the Stipulated Protective Order.  Thus, there will be no objection to the entry of the Stipulated Protective Order.

CHI-1535263v1

WHEREFORE, Experian requests that the Court enter the attached Stipulated Protective Order.

Dated: May 19, 2006                                             Respectfully submitted,

/s/ Adam W. Wiers
Adam W. Wiers
*pro hac vice*
JONES DAY
77 West Wacker Drive
Chicago, IL  60601-1692
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585
Email:  awwiers@jonesday.com

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

## CERTIFICATE OF CONFERRAL IN GOOD FAITH

       The undersigned hereby certifies pursuant to Federal Rule of Civil Procedure 26(c) that, as counsel for Defendant Experian information Solutions, Inc., he in good faith conferred with Blair Drazic, Mike Bartolacci, Mickey Lee, and Keith Wier via telephone, regarding the need for and propriety of a protective order regarding certain confidential documents in this case.  Neither Plaintiff nor any party to this case opposes the entry of the Stipulated Protective Order.

/s/ Adam W. Wiers  
Adam W. Wiers  
Counsel for Defendant  
EXPERIAN INFORMATION SOLUTIONS, INC.

## **CERTIFICATE OF SERVICE**

       I, Adam W. Wiers, an attorney, certify that on May 19, 2006, I served Defendant Experian Information Solution, Inc.'s Agreed Motion for Entry of Protective Order with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

| | |
|---|---|
| Blair K. Drazic | Mike W. Bartolacci |
| Blair K. Drazic, P.C. | Thomas L. Azar, Jr. |
| 711 Old Ballas | Thompson Coburn |
| Suite 220 | One US Bank Plaza |
| Creve Coeur, Missouri 63141 | St. Louis, Missouri 63101 |
| | |
| Counsel for Plaintiff | Counsel for Providian Financial Corporation |
| | |
| Steven H. Schwartz | Christopher T. Lane |
| Frederick J. Ludwig | Mickey Joe Lee |
| Brown & James | Schuckit and Associates, P.C. |
| 1010 Market Street, 20th Flr. | 10 W. Market Street, Suite 3000 |
| St. Louis, Missouri 63101-2000 | Indianapolis, Indiana 46204 |
| | |
| Counsel for Trans Union, LLC | Counsel for Trans Union LLC |
| | |
| Brian L. Frary | Keith Wier |
| Midland Credit Management, Inc. | Daw and Ray |
| Corporate Counsel, Litigation | 5718 Westheimer |
| 8875 Aero Drive, Suite 200 | Suite 1750 |
| San Diego, California 92123 | Houston, Texas 77057 |
| | |
| Counsel for Midland Credit Management, Inc. | Counsel for Midland Credit Management, Inc. |
| | |
| Ashley L. Narsutis | Justin M. Penn |
| Hinshaw and Culbertson | Hinshaw and Culbertson |
| 701 Market Street | 222 N. LaSalle Street |
| Suite 1300 | Suite 300 |
| St. Louis, Missouri 63101 | Chicago, Illinois 60601 |
| | |
| Counsel for Midland Credit Management, Inc. | Counsel for Midland Credit Management, Inc. |

CHI-1535263v1

John J. Friedline
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530

Counsel for
Equifax Information Services, LLC

                                          /s/ Adam W. Wiers
                                          Adam W. Wiers