UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EUNICE MURPHY § | |
| § | |
| VS. § | |
| § | |
| MIDLAND CREDIT MANAGEMENT, § | |
| INC.; PROVIDIAN FINANCIAL § | CASE NO.: 4:05-CV-01545-DDN |
| CORPORATION; EXPERIAN § | |
| INFORMATION SOLUTIONS, INC.; § | |
| EQUIFAX INFORMATION SERVICES, § | |
| LLC; and TRANS UNION, LLC § | |

### ORDER ON STIPULATION OF DISMISSAL

After considering Plaintiff and Defendant Midland Credit Management, Inc.'s Stipulation of Dismissal, the Court GRANTS the motion and dismisses the case as to Defendant Midland Credit Management, Inc. with prejudice.

Date: July 20, 2006

_____
UNITED STATES DISTRICT JUDGE

Distribution to:

Adam W. Wiers, Esq.
awwiers@jonesday.com

Justin Penn
jpenn@hinshawlaw.com

Mike W. Bartolacci, Esq.
mbartolacci@thomsoncoburn.com

Christopher T. Lane
clane@schuckitlaw.com

Steven H. Schwartz, Esq.
sschwartz@bjc.com

Mickey J. Lee, Esq.
mjlee@schuckitlaw.com

Thomas L. Azar, Jr.
tazar@thompsoncoburn.com

John. J. Friedline, Esq.
KILPATRICK STOCKTON, L.L.P.
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
404-815-6424
Fax: 404-541-3207
jfriedline@kipatrickstockton.com

Blair Drazic, Esq.
blairdrazic@aol.com

Keith Wier
kwier@dawray.com

Ashley L. Narsutis
anarsutis@hinshawlaw.com

**APPROVED AS TO FORM:**

BLAIR K. DRAZIC, ATTORNEY AT LAW


BY: /s/ BLAIR DRAZIC (WITH PERMISSION)
Blair K. Drazic
FBN:#26345
711 Old Ballas Rd., Ste. 220
Creve Coeur, Missouri 63141
 (314) 989-0071
Fax: (314) 989-1159


**ATTORNEY FOR PLAINTIFF**


DAW & RAY, L.L.P.


By:     /s/ KEITH WIER
Keith Wier; TBN: 21436100
Capital One Plaza
5718 Westheimer, Suite 1750
Houston, Texas 77057
Telephone: (713) 266-3121
Facsimile: (713) 266-3188

**ATTORNEYS FOR MIDLAND CREDIT MANAGEMENT, INC.**