### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| EUNICE MURPHY, ) | |
| ) | |
|     Plaintiff ) | Civil Action -- 4:05CV1545 RWS |
| ) | |
| v. ) | |
| ) | |
| MIDLAND CREDIT MANAGEMENT INC., ET AL; ) | |
| ) | |
|     Defendants. ) | |
| ) | |

### EXPERIAN INFORMATION SOLUTIONS, INC.'S OFFER OF JUDGMENT

Defendant Experian Information Solutions, Inc., through its counsel, and, pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby offers to allow judgment to be taken against it and in favor of plaintiff Eunice Murphy in the amount of Twenty Thousand Dollars ($20,000.00), inclusive of attorney fees and costs accrued to date.[1]

---

[1] During the December 15 mediation, Plaintiff's counsel represented to the mediator the amount of fees and costs to date. This offer is made based on knowledge of the amount of that representation and the fact that the fees and costs are split between four defendants (five, had Equifax been served).

CHI-1567018v1

Dated: December 19, 2006   Respectfully submitted,

/s/ Adam W. Wiers
Adam W. Wiers
*pro hac vice*
JONES DAY
77 West Wacker Drive
Chicago, IL  60601-1692
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585
Email:  awwiers@jonesday.com

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

## ACCEPTANCE OF OFFER

The above Offer of Judgment is hereby accepted this ___ day of December, 2006.

                BLAIR K. DRAZIC, P.C.


                _____
                Blair K. Drazic,
                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I, Adam W. Wiers, an attorney, certify that on December, 19, 2006, I served Defendant Experian Information Solution, Inc.'s Offer of Judgment with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

| | |
|---|---|
| Blair K. Drazic<br>Blair K. Drazic, P.C.<br>711 Old Ballas<br>Suite 220<br>Creve Coeur, Missouri 63141 | Mike W. Bartolacci<br>Thomas L. Azar, Jr.<br>Thompson Coburn<br>One US Bank Plaza<br>St. Louis, Missouri 63101 |
| Counsel for Plaintiff | Counsel for Providian Financial Corporation |
| Steven H. Schwartz<br>Frederick J. Ludwig<br>Brown & James<br>1010 Market Street, 20th Flr.<br>St. Louis, Missouri 63101-2000 | Christopher T. Lane<br>Mickey Joe Lee<br>Schuckit and Associates, P.C.<br>10 W. Market Street, Suite 3000<br>Indianapolis, Indiana 46204 |
| Counsel for Trans Union, LLC | Counsel for Trans Union LLC |
| Brian L. Frary<br>Midland Credit Management, Inc.<br>Corporate Counsel, Litigation<br>8875 Aero Drive, Suite 200<br>San Diego, California 92123 | Keith Wier<br>Daw and Ray<br>5718 Westheimer<br>Suite 1750<br>Houston, Texas 77057 |
| Counsel for Midland Credit Management, Inc. | Counsel for Midland Credit Management, Inc. |
| Ashley L. Narsutis<br>Hinshaw and Culbertson<br>701 Market Street<br>Suite 1300<br>St. Louis, Missouri 63101 | Justin M. Penn<br>Hinshaw and Culbertson<br>222 N. LaSalle Street<br>Suite 300<br>Chicago, Illinois 60601 |
| Counsel for Midland Credit Management, Inc. | Counsel for Midland Credit Management, Inc. |

John J. Friedline
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530

Counsel for
Equifax Information Services, LLC

                                              /s/ Adam W. Wiers
                                              Adam W. Wiers