# United States District Court
EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

EUNICE MURPHY

    Plaintiff(s),

v.            CASE NUMBER:     4:05CV1545-RWS

EXPERIAN INFORMATION SOLUTIONS, LLC

    Defendant(s).

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of the defendant Experian Information Solutions, LLC and against plaintiff Eunice Murphy.

**IT IS FURTHER ORDERED and ADJUDGED** that each party shall bear its own costs except for those costs to which defendant is entitled pursuant to Rule 68 of the Federal Rules of Civil Procedure.

April 24, 2007  
DATE

James G. Woodward  
CLERK

By: _Lisa A. Holwitt_ (signature)  
Lisa A. Holwitt  
DEPUTY CLERK